UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

**MICHELLE PILLON**

    **VS**                                                        **CA. No: 17-cv-450**

**SELECT PORTFOLIO SERVICING, INC.,**
**CITIBANK, N.A. AS TRUSTEE FOR WAMU**
**ASSET-BACKED CERTIFICATES,**
**WAMU SERIES 2007-HE2 TRUST,**
**AND JOHN DOE, ALIAS**

### MOTION TO AMEND SCHEDULING ORDER

Plaintiff, by her attorney, moves that this Court amend the scheduling Order as to all deadlines by 30 days. The Plaintiff wishes to resolve this matter short sale and is seeking to avoid expenses if the matter can be resolved and avoid additional litigation. Several packages have been provided which have not been complete as determined by the loan servicer. Two BPO appraisals have been obtained by the loan servicer. The Plaintiff will provide all documents which are requested within this time period. The Plaintiff has a cash buyer for the property, who will provide any documents necessary to complete the short sale. Plaintiff will not seek any additional extension.

1

                                    MICHELLE PILLON

                                    By her Attorney

April 8, 2019                          /s/ John B. Ennis  
                                    JOHN B. ENNIS, ESQ. #2135  
                                    1200 Reservoir Avenue  
                                    Cranston, Rhode Island 02920  
                                    (401) 943-9230  
                                    Jbelaw75@gmail.com

## CERTIFICATION

     I hereby certify that I emailed a copy of the above Motion to Extend Time to the following on this 8th day of April, 2019 and by electronic filing:

Peter Carr, Esq.

                                      /s/ John B. Ennis